CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 18 2021

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

Cullen
Assigned Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or
**BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Michael Duchelle Green (Pro-SA) — 30700223
Plaintiff full name / Inmate No.

v.   CIVIL ACTION NO. 7:21-cv-00165

Blue Ridge Regional Jail Auth. Medical Department
Defendant(s) full name(s)

Mr. Joshua Salmon, Administrator, Lynchburg, Va. - Nurse Jones

********************************************************************************

A. Current facility and address: Lynchburg, Adult Detention Center
P.O. Box 6018 - Lynchburg, Va. - 24505

B. Where did this action take place? Halifax Adult Detention Center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes _____ No

If your answer to A is Yes, answer the following:

1. Court: United States District Court, Roanoke, Va
2. Case Number: Just Filed Last week

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes _____ No

1. If your answer is Yes, indicate the result:

Medical Department Claims they are Looking at X-Rays from Years ago and trying to make and assment now 3/10/21

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 2/10/21 I was being held at Halifax Adult Detention when I was assualted by Officer Ragsdale in which this has Left me with Numbness in my feet

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I request $50,000 for Pain and Suffering and Medical Care

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 3/13/2021   SIGNATURE: Michael D. Green

VERIFICATION:
I, Michael Duchelle Green, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3/13/2021   SIGNATURE: Michael Green (Pro-Sq)

Claim # 1

and Left hand, I am unable to raise my Left arm, now the Medical Department is Looking at X-Rays from years ago trying to make a medical assement. They also say that the Doctor dont read a Request or Grivance form. I have been here since 2/26/21, today is 3/13/21 and I have put in 28 Request because of my pain and numbness in my Limbs. Nurse refuse's to Let me see the doctor, I was put in segragation on 3/4/21 because medical states I am put here because of my Mobility due to Chronic Pain, So there is medical issues but I am being denied Medical Care by Nurse Jones, Mr. Joshua Salmon and Blue Ridge Regional Jail Auth. Medical Department. I Requested a Cane and Chair, Nurse Jones Refuse I need Medical Care

Thank You      Pro-SA
Michael Duchelle Green

michaeL Green-Pro-Se-30700223
P.O. Box 6018
Lynchburg, Va. 24505

GREENSBORO NC 274
PIEDMONT TRIAD AREA
16 MAR 2021 PM 3 L

United States District Court
Office Of The CLerk
210 FrankLin Rd., RM 540
Roanoke, Va. 24011

24011-000340